IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE MAE SANDERS, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 2:13CV00040-JJV |
| CAROLYN W. COLVIN, | * | |
| Acting Commissioner, | * | |
| Social Security Administration | * | |
| | * | |
| Defendant. | * | |

## ORDER

Before the Court is Plaintiff's Application for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The Commissioner responded and offered no objection to the fees requested. So, after careful consideration of the Motion and Response, the Court finds:

1. The hours spent by counsel were reasonable. Therefore the Court approves attorney fees and costs in the amount of $2,592.83 (11.90 attorney hours at $181 per hour, 5.60 paralegal hours at $75.00 per hour, and $18.93 in expenses).

2. The EAJA fee award is payable to Plaintiff and mailed to Plaintiff's counsel, but subject to any offset to satisfy any pre-existing debt owed to the United States. *Astrue v. Ratliff*, --- U.S. ----, 130 S.Ct. 2521, 2527, 2010 WL 2346547 (2010).

3. Defendant shall certify said award and pay this amount.

IT IS SO ORDERED this 31st day of October, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1